# EXHIBIT A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Chris Sterckx and Frank Van de Vel, on behalf of KBC Asset Management NV ("KBC"), on account of its fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against Archer-Daniels-Midland Company ("Archer-Daniels").

2. We are duly authorized to institute legal action on behalf of KBC and the Fund, including litigation against Archer-Daniels and any other defendants.

3. KBC and the Fund did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5. KBC will not accept any payment for serving as a representative party beyond the Fund's *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Leventhal v. Chegg, Inc. et al.*, No. 5:21-cv-09953 (N.D. Cal. Feb. 22, 2022);

*Plumbers and Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc. et al.*, No. 4:22-cv-01470 (N.D. Cal. May 9, 2022);

*Pembroke Pines Firefighters & Police Officers Pension Fund v. Abbott Laboratories et al.*, No. 1:22-cv-04661 (N.D. Ill. Oct. 31, 2022);

*In re PayPal Holdings Inc. Securities Litigation*, No. 3:22-cv-05864 (D.N.J. Dec. 5, 2022);

*City of Warwick Retirement System v. Catalent, Inc. et al.*, No. 3:23-cv-01108 (D.N.J. Apr. 25, 2023);

*Vanipenta v. SVB Financial Group et al.*, No. 3:23-cv-01097 (N.D. Cal. May 12, 2023);

*Mannacio v. Discover Financial Services et al.*, No. 1:23-cv-06788 (N.D. Ill. Oct. 31, 2023); and

*Kangas v. Illumina, Inc. et al.*, No. 3:23-cv-02082 (S.D. Cal. Jan. 9, 2024).

7. KBC understands that this is not a claim form, and that the Fund's ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8. Attached hereto as Schedule A is a complete listing of all transactions the Fund made during the Class Period in the security that is the subject of this litigation. KBC will provide records of those transactions upon request.

9. KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 18th day of March, 2024.

For KBC Asset Management NV:

_____
Chris Sterckx
Executive Director

_____
Frank Van de Vel
Executive Director

## SCHEDULE A

### KBC Asset Management NV

### Archer-Daniels-Midland Company (ADM)

Class Period: 04/30/2020 - 01/22/2024

**KBC Equity Fund NV**

| | Date | Shares | Price |
|---|---|---|---|
| Purchases: | 5/7/2020 | 1,180.00 | 34.76 |
| | 5/15/2020 | 9,690.00 | 34.12 |
| | 5/19/2020 | 109,956.00 | 34.84 |
| | 6/5/2020 | 1,655.00 | 42.52 |
| | 6/5/2020 | 2,438.00 | 42.52 |
| | 6/12/2020 | 6,196.00 | 39.43 |
| | 6/12/2020 | 33,170.00 | 39.43 |
| | 6/12/2020 | 30,365.00 | 39.43 |
| | 6/12/2020 | 22,409.00 | 39.43 |
| | 6/16/2020 | 1,061.00 | 40.75 |
| | 6/24/2020 | 5,311.00 | 39.32 |
| | 6/24/2020 | 6,251.00 | 39.32 |
| | 6/24/2020 | 5,350.00 | 39.32 |
| | 6/24/2020 | 4,485.00 | 39.32 |
| | 7/8/2020 | 6,711.00 | 38.68 |
| | 7/27/2020 | 2,762.00 | 42.13 |
| | 9/8/2020 | 9,462.00 | 45.22 |
| | 10/15/2020 | 12,025.00 | 49.94 |
| | 10/30/2020 | 2,659.00 | 46.24 |
| | 11/20/2020 | 1,436.00 | 48.61 |
| | 12/9/2020 | 3,510.00 | 49.84 |
| | 12/9/2020 | 3,798.00 | 49.84 |
| | 12/9/2020 | 3,492.00 | 49.84 |
| | 12/18/2020 | 1,613.00 | 49.68 |
| | 2/1/2021 | 5,904.00 | 50.48 |
| | 2/1/2021 | 4,202.00 | 50.48 |
| | 2/9/2021 | 51,620.00 | 54.48 |

| Date | Shares | Price |
|---|---:|---:|
| 2/12/2021 | 572.00 | 55.72 |
| 2/12/2021 | 536.00 | 55.72 |
| 2/12/2021 | 696.00 | 55.72 |
| 2/26/2021 | 426.00 | 56.58 |
| 3/1/2021 | 1,098.00 | 57.30 |
| 3/11/2021 | 12,463.00 | 58.59 |
| 3/22/2021 | 419.00 | 56.43 |
| 4/8/2021 | 9,685.00 | 58.14 |
| 4/8/2021 | 12,185.00 | 58.14 |
| 4/8/2021 | 8,503.00 | 58.14 |
| 4/8/2021 | 19,107.00 | 58.14 |
| 4/9/2021 | 66,781.00 | 58.29 |
| 4/9/2021 | 67,204.00 | 58.29 |
| 4/9/2021 | 67,063.00 | 58.29 |
| 4/9/2021 | 490.00 | 58.29 |
| 4/9/2021 | 51,046.00 | 58.29 |
| 4/13/2021 | 8,041.00 | 57.90 |
| 4/16/2021 | 10,012.00 | 59.45 |
| 4/16/2021 | 10,636.00 | 59.45 |
| 4/16/2021 | 10,614.00 | 59.45 |
| 4/19/2021 | 1,066.00 | 59.29 |
| 4/19/2021 | 403.00 | 59.29 |
| 4/19/2021 | 928.00 | 59.29 |
| 4/23/2021 | 408.00 | 59.41 |
| 5/20/2021 | 2,157.00 | 66.14 |
| 5/20/2021 | 2,282.00 | 66.14 |
| 5/20/2021 | 1,948.00 | 66.14 |
| 5/20/2021 | 701.00 | 66.14 |
| 5/21/2021 | 370.00 | 66.98 |
| 6/3/2021 | 359.00 | 68.25 |
| 6/3/2021 | 504.00 | 68.25 |

| Date | Shares | Price |
|---|---|---|
| 6/17/2021 | 2,185.00 | 61.93 |
| 6/17/2021 | 2,004.00 | 61.93 |
| 6/17/2021 | 2,137.00 | 61.93 |
| 6/17/2021 | 1,631.00 | 61.93 |
| 6/18/2021 | 2,368.00 | 60.66 |
| 6/18/2021 | 2,368.00 | 60.66 |
| 6/18/2021 | 2,368.00 | 60.66 |
| 6/18/2021 | 2,255.00 | 60.66 |
| 6/24/2021 | 697.00 | 61.69 |
| 6/24/2021 | 969.00 | 61.69 |
| 6/24/2021 | 390.00 | 61.69 |
| 6/24/2021 | 780.00 | 61.69 |
| 7/8/2021 | 395.00 | 59.13 |
| 7/13/2021 | 481.00 | 59.24 |
| 7/16/2021 | 50,445.00 | 58.22 |
| 7/16/2021 | 50,301.00 | 58.22 |
| 7/16/2021 | 50,291.00 | 58.22 |
| 7/16/2021 | 38,321.00 | 58.22 |
| 7/16/2021 | 636.00 | 58.21 |
| 9/13/2021 | 4,541.00 | 61.15 |
| 11/15/2021 | 382.00 | 66.95 |
| 12/2/2021 | 367.00 | 62.40 |
| 12/13/2021 | 356.00 | 64.64 |
| 12/20/2021 | 376.00 | 64.22 |
| 1/12/2022 | 902.00 | 70.42 |
| 2/4/2022 | 378.00 | 75.71 |
| 2/14/2022 | 9,712.00 | 76.12 |
| 2/25/2022 | 517.00 | 78.90 |
| 3/11/2022 | 370.00 | 83.60 |
| 3/17/2022 | 168.00 | 83.78 |
| 4/13/2022 | 11,971.00 | 95.55 |

| Date | Shares | Price |
|---|---:|---:|
| 4/21/2022 | 94.00 | 96.05 |
| 5/2/2022 | 1,406.00 | 89.56 |
| 5/20/2022 | 147.00 | 84.00 |
| 6/22/2022 | 37,564.00 | 77.43 |
| 6/22/2022 | 44,622.00 | 77.43 |
| 6/22/2022 | 37,711.00 | 77.43 |
| 6/22/2022 | 29,070.00 | 77.43 |
| 6/23/2022 | 1,297.00 | 71.75 |
| 6/30/2022 | 534.00 | 77.60 |
| 7/1/2022 | 261.00 | 76.41 |
| 7/29/2022 | 1,892.00 | 82.77 |
| 7/29/2022 | 2,981.00 | 82.77 |
| 7/29/2022 | 1,157.00 | 82.77 |
| 8/11/2022 | 161.00 | 84.14 |
| 8/16/2022 | 19,679.00 | 86.58 |
| 9/8/2022 | 412.00 | 90.29 |
| 9/8/2022 | 458.00 | 90.29 |
| 9/13/2022 | 72.00 | 86.35 |
| 9/15/2022 | 457.00 | 85.26 |
| 9/29/2022 | 424.00 | 80.61 |
| 9/29/2022 | 470.00 | 80.61 |
| 9/29/2022 | 1,670.00 | 80.61 |
| 10/3/2022 | 487.00 | 83.03 |
| 10/5/2022 | 182.00 | 86.27 |
| 10/27/2022 | 229.00 | 94.13 |
| 10/31/2022 | 968.00 | 96.98 |
| 11/9/2022 | 70.00 | 93.06 |
| 11/16/2022 | 150.00 | 95.19 |
| 12/1/2022 | 954.00 | 91.32 |
| 12/1/2022 | 700.00 | 91.32 |
| 12/1/2022 | 846.00 | 91.32 |

| Date | Shares | Price |
|---|---:|---:|
| 12/19/2022 | 1,892.00 | 92.65 |
| 1/3/2023 | 1,332.00 | 89.65 |
| 1/13/2023 | 265.00 | 88.40 |
| 1/13/2023 | 90.00 | 88.40 |
| 1/26/2023 | 108.00 | 84.90 |
| 1/31/2023 | 512.00 | 82.85 |
| 1/31/2023 | 1,025.00 | 82.85 |
| 1/31/2023 | 844.00 | 82.85 |
| 2/9/2023 | 1,885.00 | 80.60 |
| 3/2/2023 | 3,808.00 | 80.57 |
| 3/2/2023 | 591.00 | 80.57 |
| 3/2/2023 | 3,573.00 | 80.57 |
| 3/2/2023 | 3,658.00 | 80.57 |
| 3/2/2023 | 3,349.00 | 80.57 |
| 3/23/2023 | 8,606.00 | 75.13 |
| 3/23/2023 | 1,164.00 | 75.13 |
| 3/23/2023 | 10,235.00 | 75.13 |
| 3/23/2023 | 8,734.00 | 75.13 |
| 3/23/2023 | 7,718.00 | 75.13 |
| 3/24/2023 | 648.00 | 76.61 |
| 4/19/2023 | 75.00 | 81.95 |
| 4/24/2023 | 319.00 | 80.80 |
| 6/8/2023 | 7,946.00 | 72.20 |
| 6/8/2023 | 1,230.00 | 72.20 |
| 6/8/2023 | 10,155.00 | 72.20 |
| 6/8/2023 | 7,992.00 | 72.20 |
| 6/8/2023 | 7,187.00 | 72.20 |
| 6/22/2023 | 115.00 | 73.06 |
| 6/28/2023 | 562.00 | 73.94 |
| 6/28/2023 | 1,265.00 | 73.94 |
| 6/28/2023 | 1,043.00 | 73.94 |

| Date | Shares | Price |
|---|---:|---:|
| 6/28/2023 | 622.00 | 73.94 |
| 7/5/2023 | 7,612.00 | 77.42 |
| 7/6/2023 | 13,025.00 | 77.04 |
| 7/6/2023 | 895.00 | 77.04 |
| 7/6/2023 | 15,035.00 | 77.04 |
| 7/6/2023 | 12,893.00 | 77.04 |
| 7/6/2023 | 11,323.00 | 77.04 |
| 7/20/2023 | 432.00 | 82.63 |
| 7/20/2023 | 1,245.00 | 82.63 |
| 7/20/2023 | 432.00 | 82.63 |
| 7/20/2023 | 1,456.00 | 82.63 |
| 7/27/2023 | 5,609.00 | 85.79 |
| 7/31/2023 | 988.00 | 84.96 |
| 7/31/2023 | 1,183.00 | 84.96 |
| 7/31/2023 | 991.00 | 84.96 |
| 7/31/2023 | 1,389.00 | 84.96 |
| 8/10/2023 | 44,426.00 | 85.89 |
| 8/10/2023 | 52,037.00 | 85.89 |
| 8/10/2023 | 44,303.00 | 85.89 |
| 8/10/2023 | 37,024.00 | 85.89 |
| 8/23/2023 | 3,912.00 | 81.13 |
| 10/5/2023 | 7,596.00 | 73.13 |
| 11/6/2023 | 93.00 | 72.56 |
| 11/8/2023 | 2,282.00 | 72.03 |
| 11/8/2023 | 2,402.00 | 72.03 |
| 11/8/2023 | 2,050.00 | 72.03 |
| 11/8/2023 | 1,947.00 | 72.03 |
| 11/16/2023 | 2,899.00 | 73.92 |
| 11/16/2023 | 622.00 | 73.92 |
| 11/16/2023 | 2,410.00 | 73.92 |
| 11/16/2023 | 2,893.00 | 73.92 |

|        | Date       | Shares     | Price |
|--------|------------|-----------:|------:|
|        | 11/16/2023 | 4,252.00   | 73.92 |
|        | 11/21/2023 | 121.00     | 73.73 |
|        | 11/29/2023 | 111.00     | 73.19 |
|        | 1/11/2024  | 4,604.00   | 69.47 |
|        | 1/11/2024  | 5,860.00   | 69.47 |
|        | 1/11/2024  | 4,612.00   | 69.47 |
|        | 1/11/2024  | 7,504.00   | 69.47 |
| Sales: | 4/30/2020  | -4,238.00  | 37.14 |
|        | 6/5/2020   | -2,438.00  | 42.52 |
|        | 6/12/2020  | -77,193.00 | 39.43 |
|        | 7/23/2020  | -9,930.00  | 42.26 |
|        | 8/7/2020   | -3,711.00  | 44.03 |
|        | 8/7/2020   | -13,874.00 | 44.03 |
|        | 9/23/2020  | -2,716.00  | 45.16 |
|        | 9/23/2020  | -2,367.00  | 45.16 |
|        | 9/23/2020  | -2,968.00  | 45.16 |
|        | 9/23/2020  | -2,720.00  | 45.16 |
|        | 9/23/2020  | -2,831.00  | 45.16 |
|        | 10/12/2020 | -5,174.00  | 49.99 |
|        | 10/28/2020 | -2,619.00  | 49.52 |
|        | 11/3/2020  | -3,056.00  | 47.90 |
|        | 11/18/2020 | -9,462.00  | 49.27 |
|        | 11/30/2020 | -3,213.00  | 49.77 |
|        | 11/30/2020 | -3,489.00  | 49.77 |
|        | 12/15/2020 | -25,152.00 | 49.57 |
|        | 1/15/2021  | -19,547.00 | 52.20 |
|        | 1/15/2021  | -21,779.00 | 52.20 |
|        | 1/15/2021  | -12,296.00 | 52.20 |
|        | 1/15/2021  | -8,007.00  | 52.20 |
|        | 2/24/2021  | -3,685.00  | 58.48 |
|        | 3/5/2021   | -434.00    | 57.59 |

| Date | Shares | Price |
|---|---|---|
| 3/5/2021 | -434.00 | 57.59 |
| 4/8/2021 | -412.00 | 58.14 |
| 4/30/2021 | -870.00 | 63.13 |
| 4/30/2021 | -7,500.00 | 63.13 |
| 4/30/2021 | -912.00 | 63.13 |
| 4/30/2021 | -926.00 | 63.13 |
| 4/30/2021 | -593.00 | 63.13 |
| 5/12/2021 | -17,477.00 | 66.50 |
| 5/17/2021 | -581.00 | 67.64 |
| 5/17/2021 | -492.00 | 67.64 |
| 5/17/2021 | -555.00 | 67.64 |
| 5/17/2021 | -429.00 | 67.64 |
| 5/21/2021 | -1,747.00 | 66.98 |
| 6/2/2021 | -1,261.00 | 67.92 |
| 7/30/2021 | -398.00 | 59.72 |
| 8/2/2021 | -13,904.00 | 59.36 |
| 8/5/2021 | -40,880.00 | 58.89 |
| 8/5/2021 | -106,048.00 | 58.89 |
| 8/5/2021 | -106,030.00 | 58.80 |
| 8/5/2021 | -105,971.00 | 58.80 |
| 8/5/2021 | -80,911.00 | 58.80 |
| 8/5/2021 | -44,111.00 | 58.89 |
| 8/5/2021 | -40,533.00 | 58.89 |
| 8/5/2021 | -39,416.00 | 58.80 |
| 8/12/2021 | -5,291.00 | 61.82 |
| 8/16/2021 | -16,106.00 | 62.68 |
| 8/16/2021 | -16,125.00 | 62.68 |
| 8/16/2021 | -16,107.00 | 62.68 |
| 8/16/2021 | -12,735.00 | 62.68 |
| 9/20/2021 | -1,211.00 | 60.52 |
| 10/4/2021 | -1,881.00 | 61.16 |

| Date | Shares | Price |
| --- | ---: | ---: |
| 10/13/2021 | -509.00 | 62.92 |
| 10/21/2021 | -365.00 | 64.87 |
| 11/10/2021 | -360.00 | 65.39 |
| 11/22/2021 | -573.00 | 66.42 |
| 12/1/2021 | -34,415.00 | 61.82 |
| 12/1/2021 | -451.00 | 61.82 |
| 12/1/2021 | -1,440.00 | 61.82 |
| 12/2/2021 | -367.00 | 62.40 |
| 1/20/2022 | -2,781.00 | 68.89 |
| 1/25/2022 | -476.00 | 68.37 |
| 2/17/2022 | -476.00 | 76.65 |
| 2/25/2022 | -1,541.00 | 78.90 |
| 3/1/2022 | -10,093.00 | 77.99 |
| 3/1/2022 | -1,221.00 | 77.99 |
| 3/4/2022 | -751.00 | 82.80 |
| 3/14/2022 | -10,993.00 | 82.57 |
| 3/31/2022 | -3,433.00 | 90.26 |
| 3/31/2022 | -3,093.00 | 90.26 |
| 4/6/2022 | -241.00 | 92.83 |
| 4/7/2022 | -125.00 | 93.98 |
| 4/28/2022 | -338.00 | 92.51 |
| 5/2/2022 | -1,175.00 | 89.31 |
| 5/11/2022 | -248.00 | 84.36 |
| 5/17/2022 | -771.00 | 88.63 |
| 6/13/2022 | -175.00 | 82.01 |
| 6/22/2022 | -875.00 | 77.43 |
| 6/30/2022 | -5,758.00 | 77.60 |
| 6/30/2022 | -6,903.00 | 77.60 |
| 6/30/2022 | -1,681.00 | 77.60 |
| 7/13/2022 | -276.00 | 72.69 |
| 7/20/2022 | -1,354.00 | 74.57 |

| Date | Shares | Price |
|---|---|---|
| 8/22/2022 | -288.00 | 86.54 |
| 9/1/2022 | -833.00 | 87.58 |
| 9/1/2022 | -938.00 | 87.58 |
| 9/1/2022 | -878.00 | 87.58 |
| 9/1/2022 | -588.00 | 87.58 |
| 9/2/2022 | -1,698.00 | 87.61 |
| 9/2/2022 | -2,911.00 | 87.61 |
| 9/22/2022 | -171.00 | 86.07 |
| 9/27/2022 | -105.00 | 80.82 |
| 10/12/2022 | -34,254.00 | 86.03 |
| 10/27/2022 | -1,232.00 | 94.13 |
| 11/7/2022 | -2,364.00 | 95.60 |
| 11/7/2022 | -2,402.00 | 95.60 |
| 11/10/2022 | -1,369.00 | 94.28 |
| 11/10/2022 | -212.00 | 94.28 |
| 11/10/2022 | -1,442.00 | 94.28 |
| 11/10/2022 | -1,370.00 | 94.28 |
| 11/10/2022 | -1,907.00 | 94.28 |
| 1/5/2023 | -458.00 | 84.23 |
| 1/5/2023 | -410.00 | 84.23 |
| 1/5/2023 | -492.00 | 84.23 |
| 1/5/2023 | -349.00 | 84.23 |
| 1/13/2023 | -619.00 | 88.40 |
| 1/26/2023 | -5,540.00 | 84.90 |
| 1/26/2023 | -5,951.00 | 84.90 |
| 1/26/2023 | -5,064.00 | 84.90 |
| 1/26/2023 | -4,488.00 | 84.90 |
| 3/31/2023 | -206.00 | 79.66 |
| 4/4/2023 | -12,945.00 | 79.38 |
| 4/27/2023 | -1,832.00 | 78.01 |
| 4/27/2023 | -1,774.00 | 78.01 |

| Date | Shares | Price |
| --- | --- | --- |
| 4/27/2023 | -1,908.00 | 78.01 |
| 4/27/2023 | -2,866.00 | 78.01 |
| 5/11/2023 | -729.00 | 74.90 |
| 5/11/2023 | -7,530.00 | 74.90 |
| 5/24/2023 | -43.00 | 72.85 |
| 6/1/2023 | -230.00 | 70.55 |
| 6/23/2023 | -1,164.00 | 72.89 |
| 8/23/2023 | -570.00 | 81.13 |
| 8/23/2023 | -396.00 | 81.13 |
| 8/23/2023 | -711.00 | 81.13 |
| 8/23/2023 | -917.00 | 81.13 |
| 8/25/2023 | -83.00 | 80.83 |
| 10/26/2023 | -4,076.00 | 71.85 |
| 10/26/2023 | -3,968.00 | 71.85 |
| 10/26/2023 | -786.00 | 71.85 |
| 10/26/2023 | -3,692.00 | 71.85 |
| 10/26/2023 | -4,491.00 | 71.85 |
| 11/6/2023 | -93.00 | 72.56 |
| 12/5/2023 | -232.00 | 74.14 |
| 12/11/2023 | -122.00 | 75.08 |
| 12/20/2023 | -251.00 | 70.68 |

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Marcelino Komes and Frank Hauprich, on behalf of Ethenea Independent Investors S.A. ("Ethenea"), on account of its fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against Archer-Daniels-Midland Company ("Archer-Daniels").

2. We are duly authorized to institute legal action on behalf of Ethenea and the Fund, including litigation against Archer-Daniels and any other defendants.

3. Ethenea and the Fund did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Ethenea is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Ethenea also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5. Ethenea will not accept any payment for serving as a representative party beyond the Fund's *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. Ethenea has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7. Ethenea understands that this is not a claim form, and that the Fund's ability to share in any recovery as a member of the class is unaffected by Ethenea's decision to serve as a representative party.

8. Attached hereto as Schedule A is a complete listing of all transactions the Fund made during the Class Period in the security that is the subject of this litigation. Ethenea will provide records of those transactions upon request.

9. Ethenea is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 22 day of march, 2024.

For Ethenea Independent Investors S.A.:

_____
Frank Hauprich
Member Board of Directors

_____
Marcelino Komes
Chief Compliance Officer

# SCHEDULE A

## Ethenea Independent Investors S.A.

## Archer-Daniels-Midland Company (ADM)

Class Period: 04/30/2020 - 01/22/2024

|  |  | Date | Shares | Price |
|---|---|---|---|---|
| **Ethna-AKTIV** |  |  |  |  |
|  | Purchases: | 6/29/2023 | 98,000.00 | 75.11 |
|  | Sales: | 1/22/2024 | -98,000.00 | 52.45 |

<u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS</u>

National Elevator Industry Pension Fund ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*, No. 0:21-cv-62380 (S.D. Fla.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>22nd</u> day of March, 2024.

National Elevator Industry Pension Fund

By: _____
Robert O. Betts, Jr., Executive Director

Archer-Daniels-Midland Company

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/08/2022 | 5,729 | $76.80 |
| 04/06/2022 | 3,510 | $93.06 |
| 06/17/2022 | 2,882 | $77.56 |
| 05/18/2023 | 11,500 | $72.23 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 07/11/2022 | 3,203 | $72.63 |
| 07/19/2022 | 8,918 | $73.83 |

Prices listed are rounded up to two decimal places.