## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Raymond Chow, et al.
                                          Plaintiff,

v.                                                                               Case No.: 1:24−cv−00634
                                                                               Honorable Thomas M. Durkin

Archer−Daniels−Midland Company, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: KBC Asset Management NV, Ethenea Independent Investors S.A., and the National Elevator Industry Pension Fund's motion for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel [27] is granted as unopposed. All other pending motions for appointment as lead plaintiff and for approval of lead plaintiff's selection of counsel [8], [13], [17], [18], [22] are withdrawn. A telephone status hearing is set for 4/24/2024 at 9:00 a.m. To join the telephone conference, dial (650) 479−3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (evw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.