*Chow v. Archer-Daniels-Midland Co., et al.*

**INDEX OF SUPPORTING MATERIALS**

| Ex | Document |
|----|----------|
| A | Excerpt of Form 8-K filed January 22, 2024 ("Jan. 22, 2024 8-K") |
| B | Excerpt of Form 10-K for fiscal year ended December 31, 2023 ("2023 10-K") |
| C | Excerpt of Form 10-K for fiscal year ended December 31, 2019 ("2019 10-K") |
| D | Excerpt of Form 8-K filed November 13, 2023 ("Nov. 13, 2023 8-K") |
| E | Excerpt of Form 10-Q for the quarterly period ending March 31, 2020 ("2020 Q1 10-Q") |
| F | Excerpt of Chart reporting ADM stock ownership per Schedule 14A filings from 2017-2024, Exs. H-O ("Beneficial Ownership Chart") |
| G | Excerpt of ADM Proxy Statement filed March 24, 2017 ("2017 Schedule 14A") |
| H | Excerpt of ADM Proxy Statement filed March 23, 2018 ("2018 Schedule 14A") |
| I | Excerpt of ADM Proxy Statement filed March 22, 2019 ("2019 Schedule 14A") |
| J | Excerpt of ADM Proxy Statement filed March 25, 2020 ("2020 Schedule 14A") |
| K | Excerpt of ADM Proxy Statement filed March 26, 2021 ("2021 Schedule 14A") |
| L | Excerpt of ADM Proxy Statement filed March 22, 2022 ("2022 Schedule 14A") |
| M | Excerpt of ADM Proxy Statement filed March 14, 2023 ("2023 Schedule 14A") |
| N | Excerpt of ADM Proxy Statement filed April 10, 2024 ("2024 Schedule 14A") |