# EXHIBIT D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D. C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): November 10, 2023**



# ARCHER-DANIELS-MIDLAND COMPANY
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **1-44** | **41-0129150** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**77 West Wacker Drive, Suite 4600**
**Chicago, Illinois**                    **60601**
**(Address of principal executive offices)**        **(Zip Code)**

**Registrant's telephone number, including area code: (312) 634-8100**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, no par value | ADM | New York Stock Exchange |
| 1.000% Notes due 2025 | | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 5.02.**     **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On November 10, 2023, Archer-Daniels-Midland Company (the "Company") announced that Vincent F. Macciocchi, Senior Vice President, President, Nutrition, and Chief Sales and Marketing Officer of the Company, will be retiring, effective December 31, 2023. Effective as of November 10, 2023, Ian Pinner, who currently serves as Senior Vice President, Strategy and Innovation of the Company, will succeed Mr. Macciocchi as Senior Vice President, President, Nutrition, and Chief Sales and Marketing Officer of the Company. Mr. Macciocchi will support Mr. Pinner during the transition through year-end.

A press release regarding the matters disclosed above is furnished herewith as Exhibit 99.1.

**Item 9.01.**     **Financial Statements and Exhibits.**

(d) Exhibits. The following exhibits are furnished herewith:

99.1     Press release dated November 10, 2023

104     Cover Page Interactive Data File (embedded within the Inline XBRL document)

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

ARCHER-DANIELS-MIDLAND COMPANY

Date: November 13, 2023

By  /s/ R. B. Jones
R. B. Jones
Senior Vice President, General Counsel, and Secretary

**Exhibit 99.1**



**Ian Pinner to Lead ADM's Nutrition Business**

- *ADM also announces retirement of Vince Macciocchi*

CHICAGO, Nov. 10, 2023— ADM (NYSE: ADM), a global leader in human and animal nutrition, today announced Ian Pinner has been appointed Senior Vice President, President, Nutrition, and Chief Sales and Marketing Officer. Pinner succeeds Vince Macciocchi, who announced his plan to retire from ADM at the end of this year.

"Ian is a natural fit to step into this important role and continue driving the exciting continued growth of our Nutrition business," said Chair of the Board and CEO Juan Luciano. "He has had a successful 24-year career at ADM leading significant P&Ls across multiple businesses and geographies, including the early stages of our Health & Wellness business. And importantly, Ian leads with a customer-first mindset – which is at the core of our Nutrition business' success."

Pinner joined ADM in 1999 and has served in a variety of senior leadership roles throughout the company, most recently serving as chief strategy and innovation officer for the past 5 years. In this role he has led ADM's strategy, business development and M&A efforts, and ADM Ventures, and he developed the company's growth innovation platforms, which have collectively provided a significant foundation for the advancement of ADM's Nutrition business strategy and innovation.

Pinner's previous roles at ADM include chief growth officer; president, Southeast Asia, Australia & New Zealand; president, Global Destination Marketing; president, Global Cocoa and Chocolate; vice president, Corporate Strategy and Financial Planning & Analysis; and president, ADM Grain, among many other leadership positions for the company.

"Vince has been a transformational leader for our company at a time when ADM was undergoing the most significant evolution in its 122-year history, and we would not be in an industry-leading position without his knowledge, passion and deep customer relationships," said Luciano. "We appreciate his vast contributions and wish him the best in the next chapter of his career.

The appointment is effective immediately. Macciocchi will support Pinner during the transition through year-end.

1

**About ADM**

ADM unlocks the power of nature to enrich the quality of life. We're a premier global human and animal nutrition company, delivering solutions today with an eye to the future. We're blazing new trails in health and well-being as our scientists develop groundbreaking products to support healthier living. We're a cutting-edge innovator leading the way to a new future of plant-based consumer and industrial solutions to replace petroleum-based products. We're an unmatched agricultural supply chain manager and processor, providing food security by connecting local needs with global capabilities. And we're a leader in sustainability, scaling across entire value chains to help decarbonize our industry and safeguard our planet. From the seed of the idea to the outcome of the solution, we give customers an edge in solving the nutritional and sustainability challenges of today and tomorrow. Learn more at www.adm.com.

**ADM Media Relations**

Jackie Anderson
media@adm.com
312-634-8484

*Source: ADM*
*Source: Corporate Release*

2