# EXHIBIT E

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D. C. 20549**

**FORM 10-Q**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2020**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission file number 1-44**

**ARCHER-DANIELS-MIDLAND COMPANY**
(Exact name of registrant as specified in its charter)

| **Delaware** | **41-0129150** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I. R. S. Employer Identification No.) |

| **77 West Wacker Drive, Suite 4600** | |
|---|---|
| **Chicago, Illinois** | **60601** |
| (Address of principal executive offices) | (Zip Code) |

**(312) 634-8100**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, no par value** | **ADM** | **NYSE** |
| **1.000% Notes due 2025** | | **NYSE** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐.

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company.  See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ | Emerging Growth Company | ☐ |
|---|---|---|---|---|---|
| Non-accelerated Filer | ☐ | Smaller Reporting Company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Archer-Daniels-Midland Company**

**Notes to Consolidated Financial Statements (Continued)**
**(Unaudited)**

**Note 14.     Segment Information (Continued)**

Intersegment sales have been recorded at amounts approximating market. Operating profit for each segment is based on net sales less identifiable operating expenses. Also included in operating profit for each segment is equity in earnings of affiliates based on the equity method of accounting. Specified items included in total segment operating profit and certain corporate items are not allocated to the Company's individual business segments because operating performance of each business segment is evaluated by management exclusive of these items. Corporate results principally include the impact of LIFO-related adjustments, unallocated corporate expenses, interest cost net of investment income, and the Company's share of the results of its equity investment in Compagnie Industrialle et Financiere des Produits Amylaces SA (Luxembourg) (CIP), which was sold in December 2019.

| (In millions) | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | **2020** | | **2019** |
| **Gross revenues** | | | | |
| Ag Services and Oilseeds | $ | 12,350 | $ | 12,873 |
| Carbohydrate Solutions | | 2,554 | | 2,576 |
| Nutrition | | 1,516 | | 1,300 |
| Other Business | | 104 | | 81 |
| Intersegment elimination | | (1,554) | | (1,526) |
| Total gross revenues | $ | 14,970 | $ | 15,304 |
| | | | | |
| **Intersegment sales** | | | | |
| Ag Services and Oilseeds | $ | 1,271 | $ | 1,335 |
| Carbohydrate Solutions | | 238 | | 173 |
| Nutrition | | 45 | | 18 |
| Total intersegment sales | $ | 1,554 | $ | 1,526 |
| | | | | |
| **Revenues from external customers** | | | | |
| Ag Services and Oilseeds | | | | |
| Ag Services | $ | 6,926 | $ | 7,377 |
| Crushing | | 2,313 | | 2,349 |
| Refined Products and Other | | 1,840 | | 1,812 |
| Total Ag Services and Oilseeds | | 11,079 | | 11,538 |
| Carbohydrate Solutions | | | | |
| Starches and Sweeteners | | 1,650 | | 1,598 |
| Vantage Corn Processors | | 666 | | 805 |
| Total Carbohydrate Solutions | | 2,316 | | 2,403 |
| Nutrition | | | | |
| Human Nutrition | | 719 | | 674 |
| Animal Nutrition | | 752 | | 608 |
| Total Nutrition | | 1,471 | | 1,282 |
| Other Business | | 104 | | 81 |
| Total revenues from external customers | $ | 14,970 | $ | 15,304 |