# EXHIBIT F

**Exhibit F**

**ADM Stock Ownership Per Schedule 14A**
**Shares of ADM common stock owned (multiple of salary[1])**

| | 2017[2] | 2018[3] | 2019[4] | 2020[5] | 2021[6] | 2022[7] | 2023[8] | 2024[9] |
|---|---|---|---|---|---|---|---|---|
| **Luciano** | 1,510,138 (n/a) | 1,986,104 (n/a) | 2,379,751 (n/a) | 2,777,280 (23.6x) | 3,001,703 (51.7x) | 2,921,820 (82.3x) | 2,542,386 (85.5x) | 2,398,947 (74.4x) |
| **Young** | 740,695 (n/a) | 959,014 (n/a) | 1,143,996 (n/a) | 1,312,542 (15.4x) | 1,376,319 (32.5x) | 1,273,808 (51.2x) | 1,124,256 (n/a) | * |
| **Luthar** | * | * | * | * | * | * | 167,467 (13.9x) | 141,459 (11.0x) |
| **Macciocchi** | * | * | * | 226,920 (7.4x) | 294,102 (16.7x) | 234,832 (27.1x) | 281,938 (30.7x) | 255,598 (n/a) |

---

[1] Multiple not reported for the years 2017-2019.

[2] Number of shares of our common stock beneficially owned as of March 13, 2017, directly or indirectly. (*See* Ex. G (2017 Schedule 14A).

[3] Number of shares of our common stock beneficially owned as of March 12, 2018, directly or indirectly. (*See* Ex. H (2018 Schedule 14A).

[4] Number of shares of our common stock beneficially owned as of March 11, 2019, directly or indirectly. (*See* Ex. I (2019 Schedule 14A).

[5] Number of shares of our common stock beneficially owned as of March 16, 2020, directly or indirectly. (*See* Ex. J (2020 Schedule 14A).

[6] Number of shares of our common stock beneficially owned as of March 15, 2021, directly or indirectly. (*See* Ex. K (2021 Schedule 14A).

[7] Number of shares of our common stock beneficially owned as of March 14, 2022, directly or indirectly. (*See* Ex. L (2022 Schedule 14A).

[8] Number of shares of our common stock beneficially owned as of March 9, 2023, directly or indirectly. (*See* Ex. M (2023 Schedule 14A).

[9] Number of shares of our common stock beneficially owned as of April 4, 2024, directly or indirectly. (*See* Ex. N (2024 Schedule 14A).

* No data for Individual Defendant reported in 14A for column year.