# EXHIBIT H

**Table of Contents**

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Amendment No. )**

Filed by the Registrant ☑

Filed by a Party other than the Registrant ☐

Check the appropriate box:
- ☐ Preliminary Proxy Statement
- ☐ Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))
- ☑ Definitive Proxy Statement
- ☐ Definitive Additional Materials
- ☐ Soliciting Material Pursuant to §240.14a-12

## ARCHER-DANIELS-MIDLAND COMPANY

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):
- ☑ No fee required.
- ☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.
  - (1) Title of each class of securities to which transaction applies:

  - (2) Aggregate number of securities to which transaction applies:

  - (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

  - (4) Proposed maximum aggregate value of transaction:

  - (5) Total fee paid:

- ☐ Fee paid previously with preliminary materials.
- ☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.
  - (1) Amount Previously Paid:

  - (2) Form, Schedule or Registration Statement No.:

  - (3) Filing Party:

  - (4) Date Filed:

Table of Contents

# EXECUTIVE STOCK OWNERSHIP

**Executive Stock Ownership Policy**

The Board of Directors believes that it is important for each member of our senior management to acquire and maintain a significant ownership position in shares of our common stock to further align the interests of senior management with the stockholders' interests. Accordingly, we have adopted a policy regarding ownership of shares of our common stock by senior management. The policy calls for members of senior management to own shares of common stock with a fair market value within a range of one to six times that individual's base salary, depending on each individual's level of responsibility with our company. The stock ownership guidelines applicable to the named executive officers (as defined herein) are set forth below.

| Executive | Ownership Guideline as a Multiple of Salary |
|---|---|
| J. R. Luciano | 6.0x |
| R. G. Young | 3.0x |
| D. C. Findlay | 3.0x |
| G. A. Morris | 3.0x |
| J. D. Taets | 3.0x |

**Executive Officer Stock Ownership**

The following table shows the number of shares of our common stock beneficially owned as of March 12, 2018, directly or indirectly, by each of the named executive officers.

| Executive | Common Stock Beneficially Owned | Options Exercisable Within 60 Days | Percent of Class |
|---|---|---|---|
| J. R. LUCIANO | 1,986,104(1) | 1,217,218 | * |
| R. G. YOUNG | 959,014(2) | 651,011 | * |
| D. C. FINDLAY | 501,984(3) | 324,092 | * |
| G. A. MORRIS | 197,298(4) | 76,666 | * |
| J. D. TAETS | 432,101(5) | 250,019 | * |

* Less than 1% of outstanding shares

(1) Includes 318,709 shares held in trust, 238 shares held by a family-owned limited liability company, and stock options exercisable within 60 days.

(2) Includes 4,000 shares held in our Dividend Reinvestment Plan and stock options exercisable within 60 days.

(3) Includes stock options exercisable within 60 days.

(4) Includes 574 shares held in our 401(k) and Employee Stock Ownership Plan and stock options exercisable within 60 days

(5) Includes 869 shares held in our 401(k) and Employee Stock Ownership Plan and stock options exercisable within 60 days

Common stock beneficially owned as of March 12, 2018, by all directors, director nominees, and executive officers as a group, numbering 20 persons including those listed above, is 5,245,170 shares representing 0.94% of the outstanding shares, of which 270,163 shares represent stock units allocated under our Stock Unit Plan for Nonemployee Directors, 4,696 shares are held in our 401(k) and Employee Stock Ownership Plan, 4,486 shares are held in our Dividend Reinvestment Plan, 2,966,039 shares are unissued but are subject to stock options exercisable within 60 days, and no shares are subject to pledge.

**Table of Contents**

## SUBMISSION OF STOCKHOLDER PROPOSALS AND OTHER MATTERS

### DEADLINE FOR SUBMISSION OF STOCKHOLDER PROPOSALS

Proposals of stockholders, including nominations for director, intended to be presented at the next annual meeting and desired to be included in our proxy statement for that meeting must be received by the Secretary, Archer-Daniels-Midland Company, 77 West Wacker Drive, Suite 4600, Chicago, Illinois 60601, no later than November 23, 2018, and, in the case of nominations for director, no earlier than October 24, 2018, in order to be included in such proxy statement. These proposals and nominations must also meet all the relevant requirements of our bylaws in order to be included in our proxy statement. Generally, if written notice of any stockholder proposal intended to be presented at the next annual meeting, and not included in our proxy statement for that meeting, is not delivered to the Secretary at the above address between February 2, 2019 and March 4, 2019 (or, if the next annual meeting is called for a date that is not within the period from April 3, 2019 to June 2, 2019, if such notice is not so delivered by the close of business on the tenth day following the earlier of the date on which notice of the date of such annual meeting is mailed or public disclosure of the date of such annual meeting is made), or if such notice does not contain the information required by Section 1.4(c) of our bylaws, the chair of the annual meeting may declare that such stockholder proposal be disregarded.

### Stockholders with the Same Address

Individual stockholders sharing an address with one or more other stockholders may elect to "household" the mailing of the proxy statement and our annual report. This means that only one annual report and proxy statement will be sent to that address unless one or more stockholders at that address specifically elect to receive separate mailings. Stockholders who participate in householding will continue to receive separate proxy cards. Also, householding will not affect dividend check mailings. We will promptly send a separate annual report and proxy statement to a stockholder at a shared address on request. Stockholders with a shared address may also request us to send separate annual reports and proxy statements in the future, or to send a single copy in the future if we are currently sending multiple copies to the same address.

Requests related to householding should be made in writing and addressed to Investor Relations, Archer-Daniels-Midland Company, 4666 Faries Parkway, Decatur, Illinois 62526-5666, or by calling our Investor Relations at 217-424-5656. If you are a stockholder whose shares are held by a bank, broker, or other nominee, you can request information about householding from your bank, broker, or other nominee.

### Other Matters

It is not contemplated or expected that any business other than that pertaining to the subjects referred to in this proxy statement will be brought up for action at the meeting, but in the event that other business does properly come before the meeting calling for a stockholders' vote, the named proxies will vote thereon according to their best judgment in the interest of our company.

By Order of the Board of Directors

ARCHER-DANIELS-MIDLAND COMPANY

D. C. Findlay, Secretary

March 23, 2018