# EXHIBIT A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D. C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2023**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission file number 1-44**

**ARCHER-DANIELS-MIDLAND COMPANY**
(Exact name of registrant as specified in its charter)

| **DE** | **41-0129150** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I. R. S. Employer Identification No.) |

| **77 West Wacker Drive, Suite 4600**<br>**Chicago, IL** | **60601** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(312) 634-8100**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, no par value** | **ADM** | **NYSE** |
| **1.000% Notes due 2025** | | **NYSE** |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company.  See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer  ☒        Accelerated Filer  ☐
Non-accelerated filer   ☐        Smaller reporting company  ☐
          Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☒

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1 (b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐  No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter.

Common Stock, no par value—$40.3 billion
(Based on the closing sale price of Common Stock as reported on the New York Stock Exchange
as of June 30, 2023)

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date.

Common Stock, no par value—509,849,153 shares
(March 8, 2024)

DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's definitive proxy statement relating to its 2024 annual meeting of stockholders are incorporated by reference into Part III of this Annual Report on Form 10-K where indicated. Such proxy statement will be filed with the U.S. Securities and Exchange Commission within 120 days after the end of the fiscal year to which this report relates.

**Item 1.      BUSINESS (Continued)**

ADM Investor Services, Inc., a wholly owned subsidiary of the Company, is a registered futures commission merchant and a clearing member of all principal commodities exchanges in the U.S.  ADM Investor Services International Limited, a member of several derivative and commodity exchanges and clearing houses in Europe, ADMIS Singapore Pte. Limited, a clearing member of the Singapore exchange, and ADMIS Hong Kong Limited, are wholly owned subsidiaries of ADM offering brokerage services in Europe and Asia.

Insurance activities include Agrinational Insurance Company (Agrinational) and its subsidiaries. Agrinational, a wholly owned subsidiary of ADM, provides insurance coverage for certain property, casualty, marine, medical, and other miscellaneous risks of the Company. Agrinational also participates in certain third-party reinsurance arrangements.

*Corporate*

Corporate includes the activities related to cost and equity method investments in early-stage start-up companies within ADM Ventures. In addition to identifying companies to invest in, ADM Ventures also works on select high-potential, new product development projects and alternative business models, all with the objective of supporting the Company's strategic objectives.

***Internal Investigation***

*Background*

As previously disclosed, the Company received a voluntary document request from the Securities and Exchange Commission (the SEC) relating to intersegment sales between the Company's Nutrition reporting segment and the Company's Ag Services and Oilseeds and Carbohydrate Solutions reporting segments. In response, the Company initiated an internal investigation regarding certain accounting practices and procedures with respect to its Nutrition reporting segment, including as related to certain intersegment sales (the Investigation). As previously disclosed on January 21, 2024, the Company placed Vikram Luthar, Chief Financial Officer and Senior Vice President, on administrative leave.

*Correction of Certain Segment-Specific Historical Financial Information*

The Company has historically disclosed in the footnotes to its financial statements that intersegment sales have been recorded at amounts approximating market. In connection with the Investigation, the Company identified certain intersegment sales that occurred between the Company's Nutrition reporting segment and the Company's Ag Services and Oilseeds and Carbohydrate Solutions reporting segments that were not recorded at amounts approximating market.

Because each sale to be adjusted occurred between the Company's reporting segments, the adjustments have no impact on the Company's consolidated balance sheets and statements of earnings, comprehensive income (loss), or cash flows. The Company determined that the adjustments are not material to the Company's consolidated financial statements taken as a whole for any period.

For more information, see "Management's Discussion and Analysis of Financial Position and Results and Operations" included in Part II, Item 7 herein, and Note 17, Segment and Geographic Information of "Notes to Consolidated Financial Statements" included in Part II, Item 8 herein.

*Government Investigations*

The Company continues to cooperate with the SEC. Following the Company's January 21, 2024 announcement of the Investigation, the Company received voluntary document requests from the Department of Justice (the DOJ) focused primarily on the same subject matter, and the DOJ directed grand jury subpoenas to certain current and former Company employees. The Company is cooperating with the DOJ.

**Item 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS (Continued)**

*Operating Performance Indicators*

The Company's Ag Services and Oilseeds operations are principally agricultural commodity-based businesses where changes in selling prices move in relationship to changes in prices of the commodity-based agricultural raw materials. As a result, changes in agricultural commodity prices have relatively equal impacts on both revenues and cost of products sold. Therefore, changes in revenues of these businesses do not necessarily correspond to the changes in margins or gross profit. Thus, gross margins per volume or metric ton are more meaningful than gross margins as percentage of revenues.

The Company's Carbohydrate Solutions operations and Nutrition businesses also utilize agricultural commodities (or products derived from agricultural commodities) as raw materials. However, in these operations, agricultural commodity market price changes do not necessarily correlate to changes in cost of products sold. Therefore, changes in revenues of these businesses may correspond to changes in margins or gross profit. Thus, gross margin rates are more meaningful as a performance indicator in these businesses.

The Company has consolidated subsidiaries in more than 70 countries.  For the majority of the Company's subsidiaries located outside the United States, the local currency is the functional currency except certain significant subsidiaries in Switzerland where Euro is the functional currency, and Brazil and Argentina where U.S. dollar is the functional currency. Revenues and expenses denominated in foreign currencies are translated into U.S. dollars at the weighted average exchange rates for the applicable periods. For the majority of the Company's business activities in Brazil and Argentina, the functional currency is the U.S. dollar; however, certain transactions, including taxes, occur in local currency and require remeasurement to the functional currency. Changes in revenues are expected to be correlated to changes in expenses reported by the Company caused by fluctuations in the exchange rates of foreign currencies, primarily the Euro, British pound, Canadian dollar, and Brazilian real, as compared to the U.S. dollar.

The Company measures its performance using key financial metrics including net earnings, gross margins, constant currency revenue and operating profit, segment operating profit, adjusted segment operating profit, earnings before interest, taxes, depreciation, and amortization (EBITDA), adjusted EBITDA, manufacturing expenses, selling, general, and administrative expenses, return on invested capital, economic value added, and operating cash flows before working capital. The Company's financial results can vary significantly due to changes in factors such as fluctuations in energy prices, weather conditions, crop plantings, government programs and policies, trade policies, changes in global demand, general global economic conditions, changes in standards of living, and global production of similar and competitive crops. Due to these unpredictable factors, the Company undertakes no responsibility for updating any forward-looking information contained within "Management's Discussion and Analysis of Financial Condition and Results of Operations."

***Intersegment Sales***

*Background*

As previously disclosed, the Company received a voluntary document request from the SEC relating to intersegment sales between the Company's Nutrition reporting segment and the Company's Ag Services and Oilseeds and Carbohydrate Solutions reporting segments. In response, the Company engaged external counsel, assisted by a forensic accounting firm, to conduct an internal investigation, overseen by the Audit Committee of the Company's Board of Directors, which is separately advised by external counsel (the Investigation). As previously disclosed on January 21, 2024, the Company placed Vikram Luthar, Chief Financial Officer and Senior Vice President, on administrative leave.

*Correction of Certain Segment-Specific Historical Financial Information*

Based on the Investigation, the Company is correcting certain segment-specific historical financial information for the years ended December 31, 2021 through 2023 to reflect immaterial error corrections to certain intersegment sales as further described and set forth in Note 17, Segment and Geographic Information of "Notes to Consolidated Financial Statements" included in Part II, Item 8 herein.

34

**Item 7.**     **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS (Continued)**

The Company has historically disclosed in the footnotes to its financial statements that intersegment sales have been recorded at amounts approximating market. In connection with the Investigation, the Company identified certain intersegment sales that were not recorded at amounts approximating market. The immaterial error corrections generally arise from the measurement of intersegment sales pricing or rebates relating to products sold to the Nutrition reporting segment by the Ag Services and Oilseeds and Carbohydrate Solutions reporting segments.

Because each sale to be adjusted occurred between the Company's reporting segments, the adjustments have no impact on the Company's consolidated balance sheets and statements of earnings, comprehensive income (loss), or cash flows. The Company determined that the adjustments are not material to the Company's consolidated financial statements taken as a whole for any period.

For more information, see Note 17, Segment and Geographic Information of "Notes to Consolidated Financial Statements" included in Part II, Item 8 herein.

In addition, because the Investigation covers the period between January 2018 and September 2023, the Company is providing below information with respect to the adjustments effected to operating profit for each of the Company's reporting segments for each of the years ended December 31, 2018 through 2023.

*Impact of the Adjustments on Ag Services and Oilseeds Segment on Segment Operating Profit*

| | | Years Ended December 31 | | | | |
|---|---|---|---|---|---|---|
| (In millions) | 2023[1] | 2022 | 2021 | 2020 | 2019 | 2018 |
| Segment operating profit, as originally reported for 2022, 2021, 2020, 2019, and 2018 | $ 4,066 | $ 4,386 | $ 2,775 | $ 2,105 | $ 1,935 | $ 2,020 |
| Adjustments | 1 | 15 | 24 | 1 | 1 | — |
| Segment operating profit, as revised | $ 4,067 | $ 4,401 | $ 2,799 | $ 2,106 | $ 1,936 | $ 2,020 |

[1] The adjustments set forth in the tables above for the year ended December 31, 2023 reflect adjustments effected for the period January 1, 2023 through September 30, 2023. Given the timing of the Investigation, no adjustments were effected in the fourth quarter of 2023.

*Impact of the Adjustments on Carbohydrate Solutions Segment Operating Profit*

| | | Years Ended December 31 | | | | |
|---|---|---|---|---|---|---|
| (In millions) | 2023[1] | 2022 | 2021 | 2020 | 2019 | 2018 |
| Segment operating profit, as originally reported for 2022, 2021, 2020, 2019, and 2018 | $ 1,345 | $ 1,360 | $ 1,283 | $ 717 | $ 644 | $ 945 |
| Adjustments | 30 | 53 | 35 | 15 | 26 | 27 |
| Segment operating profit, as revised | $ 1,375 | $ 1,413 | $ 1,318 | $ 732 | $ 670 | $ 972 |

[1] The adjustments set forth in the tables above for the year ended December 31, 2023 reflect adjustments effected for the period January 1, 2023 through September 30, 2023. Given the timing of the Investigation, no adjustments were effected in the fourth quarter of 2023.

*Impact of the Adjustments on Nutrition Segment Operating Profit*

| | | Years Ended December 31 | | | | |
|---|---|---|---|---|---|---|
| (In millions) | 2023[1] | 2022 | 2021 | 2020 | 2019 | 2018 |
| Segment operating profit, as originally reported for 2022, 2021, 2020, 2019, and 2018 | $ 458 | $ 736 | $ 691 | $ 574 | $ 418 | $ 339 |
| Adjustments | (31) | (68) | (59) | (16) | (27) | (27) |
| Segment operating profit, as revised | $ 427 | $ 668 | $ 632 | $ 558 | $ 391 | $ 312 |

[1] The adjustments set forth in the tables above for the year ended December 31, 2023 reflect adjustments effected for the period January 1, 2023 through September 30, 2023. Given the timing of the Investigation, no adjustments were effected in the fourth quarter of 2023.

**Item 7.**   **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS (Continued)**

As further described in Note 17, Segment and Geographic Information of "Notes to Consolidated Financial Statements" included in Part II, Item 8 herein, the Company also corrected certain immaterial errors relating to the classification of certain intrasegment revenues. More information about such error correction is set forth in Note 17, Segment and Geographic Information.

*Material Weakness*

In connection with the Investigation, the Company identified a material weakness in the Company's internal control over financial reporting related to its accounting practices and procedures for intersegment sales. The material weakness resulted from inadequate controls that allowed for certain intersegment sales to be reported at amounts not approximating market. The Company has put in place a plan to remediate this material weakness. For more information, see "Controls and Procedures" in Part II, Item 9A herein.

*Government Investigations*

The Company continues to cooperate with the SEC. Following the Company's January 21, 2024 announcement of the Investigation, the Company received voluntary document requests from the Department of Justice (DOJ) focused primarily on the same subject matter, and the DOJ directed grand jury subpoenas to certain current and former Company employees. The Company is cooperating with the DOJ.

The foregoing is a summary of the Investigation and related matters. The Company could take new or different actions in addition to those taken to date if it determines those actions are appropriate.

*Operations in Ukraine and Russia*

ADM employs approximately 630 people in Ukraine and operates an oilseeds crushing plant, a grain port terminal, inland and river silos, and a trading office. The Company's footprint in Russia is limited to operations related to the production and transport of essential food commodities and ingredients.

While the Company's Ukraine and Russian operations have historically represented 0.1% of consolidated revenues, the direct and indirect impacts of the ongoing military action could negatively affect ADM's future operating results. The conflict in Ukraine has created disruptions in global supply chains and has created dislocations of key agricultural commodities. The indirect impact of these dislocations on the Company's operating results will be a function of a number of variables including supply and demand responses from the rest of the world as well as the length of the conflict and the condition of the agricultural industry and export infrastructure after the conflict ends. The Black Sea Grain Initiative, an agreement that allowed Ukraine to export grain and other food products, expired on July 17, 2023. In September 2023, a new alternative shipping corridor in the Black Sea took effect with Ukraine setting up temporary routes from ports in Greater Odessa. For more information, refer to Part I, Item 1A, "Risk Factors".

As of December 31, 2023, ADM's assets in Ukraine consisted primarily of current assets that were less than 1% of the Company's total current assets and an immaterial amount of non-current assets. Of the total current assets in Ukraine, the majority were related to inventories that represented less than 2% of ADM's total inventories.

36

**Archer-Daniels-Midland Company**

**Notes to Consolidated Financial Statements (Continued)**

**Note 17.    Segment and Geographic Information (Continued)**

Intersegment sales have been recorded using principles consistent with ASC 606, *Revenue from Contracts with Customers*. Operating profit for each segment is based on net sales less identifiable operating expenses. Also included in operating profit for each segment is equity in earnings of affiliates based on the equity method of accounting. Specified items included in total segment operating profit and certain corporate items are not allocated to the Company's individual business segments because operating performance of each business segment is evaluated by management exclusive of these items. Corporate results principally include unallocated corporate expenses, interest cost net of interest income, and revaluation gains and losses on cost method investments and the share of the results of equity investments in early-stage start-up companies.

*Correction of Certain Segment-Specific Historical Financial Information*

As previously disclosed, the Company received a voluntary document request from the SEC relating to intersegment sales between the Company's Nutrition segment and the Company's Ag Services and Oilseeds and Carbohydrate Solutions segments. In response, the Company engaged external counsel, assisted by a forensic accounting firm, to conduct an internal investigation, overseen by the Audit Committee of the Company's Board of Directors, which is separately advised by external counsel (the Investigation).

The Company has historically disclosed in the footnotes to its financial statements that intersegment sales have been recorded at amounts approximating market. In connection with the Investigation, the Company identified certain intersegment sales for the years ended December 31, 2021 through 2023 that occurred between the Company's Nutrition segment and the Company's Ag Services and Oilseeds and Carbohydrate Solutions segments that were not recorded at amounts approximating market.

The correction of these immaterial errors does not have any impact on the Company's previously reported Consolidated Statements of Earnings, Consolidated Statements of Comprehensive Income (Loss), Consolidated Balance Sheets, Consolidated Statements of Cash Flows, or Consolidated Statements of Shareholders' Equity for any of the periods presented below.

The following tables present: (i) adjustments and revised gross revenues, intersegment revenues, and operating profit amounts for the Ag Services and Oilseeds segment; (ii) adjustments and revised gross revenues, intersegment revenues and operating profit amounts for the Carbohydrate Solutions segment; and (iii) adjustments and revised operating profit amounts for the Nutrition segment, in each case, for each of the years ended December 31, 2023, 2022, and 2021. No adjustments were required to the gross revenues of the Nutrition segment.

*Impact of the Adjustments on Ag Services and Oilseeds Segment Gross Revenues and Operating Profit*

| | | Years Ended December 31 | | | | |
|---|---|---|---|---|---|---|
| (In millions) | | 2023[1] | | 2022 | | 2021 |
| Gross revenues, as originally reported for 2022 and 2021 | $ | 77,457 | $ | 83,686 | $ | 70,455 |
| Adjustments | | 1 | | 15 | | 24 |
| Gross revenues, as revised | $ | 77,458 | $ | 83,701 | $ | 70,479 |
| | | | | | | |
| Intersegment revenues, as originally reported for 2022 and 2021 | $ | 4,031 | $ | 4,123 | $ | 3,408 |
| Adjustments | | 1 | | 15 | | 24 |
| Intersegment revenues, as revised | $ | 4,032 | $ | 4,138 | $ | 3,432 |
| | | | | | | |
| Segment operating profit, as originally reported for 2022 and 2021 | $ | 4,066 | $ | 4,386 | $ | 2,775 |
| Adjustments | | 1 | | 15 | | 24 |
| Segment operating profit, as revised | $ | 4,067 | $ | 4,401 | $ | 2,799 |

[1] The adjustments set forth in the table above for the year ended December 31, 2023 reflect adjustments effected for the period January 1, 2023 through September 30, 2023. Given the timing of the Investigation, no adjustments were effected in the fourth quarter of 2023.

107

**Archer-Daniels-Midland Company**

**Notes to Consolidated Financial Statements (Continued)**

**Note 17.    Segment and Geographic Information (Continued)**

*Impact of the Adjustments on Carbohydrate Solutions Segment Gross Revenues and Operating Profit*

| | Years Ended December 31 | | |
|---|---|---|---|
| (In millions) | 2023[1] | 2022 | 2021 |
| Gross revenues, as originally reported for 2022 and 2021 | $ 14,509 | $ 16,336 | $ 12,672 |
| Adjustments | 30 | 53 | 35 |
| Gross revenues, as revised | $ 14,539 | $ 16,389 | $ 12,707 |
| | | | |
| Intersegment revenues, as originally reported for 2022 and 2021 | $ 1,635 | $ 2,375 | $ 1,562 |
| Adjustments | 30 | 53 | 35 |
| Intersegment revenues, as revised | $ 1,665 | $ 2,428 | $ 1,597 |
| | | | |
| Segment operating profit, as originally reported for 2022 and 2021 | $ 1,345 | $ 1,360 | $ 1,283 |
| Adjustments | 30 | 53 | 35 |
| Segment operating profit, as revised | $ 1,375 | $ 1,413 | $ 1,318 |

[1] The adjustments set forth in the table above for the year ended December 31, 2023 reflect adjustments effected for the period January 1, 2023 through September 30, 2023. Given the timing of the Investigation, no adjustments were effected in the fourth quarter of 2023.

*Impact of the Adjustments on Nutrition Segment Operating Profit*

| | Years Ended December 31 | | |
|---|---|---|---|
| (In millions) | 2023[1] | 2022 | 2021 |
| Segment operating profit, as originally reported for 2022 and 2021 | $ 458 | $ 736 | $ 691 |
| Adjustments | (31) | (68) | (59) |
| Segment operating profit, as revised | $ 427 | $ 668 | $ 632 |

[1] The adjustments set forth in the table above for the year ended December 31, 2023 reflect adjustments effected for the period January 1, 2023 through September 30, 2023. Given the timing of the Investigation, no adjustments were effected in the fourth quarter of 2023.

Separately, the Company determined that a portion of the originally reported gross revenues and intersegment revenues of each of the Ag Services and Oilseeds, Carbohydrate Solutions, and Nutrition segments included certain intrasegment revenues (resulting from sales within the segment), and should have included exclusively intersegment revenues (resulting from sales from one segment to the other).

The correction of these immaterial errors does not have any impact on the Company's previously reported Consolidated Statements of Earnings, Consolidated Statements of Comprehensive Income (Loss), Consolidated Balance Sheets, Consolidated Statements of Cash Flows, or Consolidated Statements of Shareholders' Equity for any of the periods presented below.

The following tables present: (i) additional adjustments and further revised gross revenues and intersegment revenues amounts for the Ag Services and Oilseeds segment; (ii) additional adjustments and further revised gross revenues and intersegment revenues amounts for the Carbohydrate Solutions segment; and (iii) adjustments and revised gross revenues and intersegment revenues amounts for the Nutrition segment, for each of the years ended December 31, 2023, 2022, and 2021.