**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND CHOW, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:24-cv-00634 District Judge Thomas M. Durkin |
| ARCHER-DANIELS-MIDLAND COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF RACHEL T. COPENHAVER

I, Rachel T. Copenhaver, hereby declare and state as follows:

1. I am a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois. I am a Shareholder at the firm of Vedder Price P.C. in Chicago, Illinois. I am one of the counsel representing Defendant Vikram Luthar ("Luthar") in this action.

2. I submit this declaration in connection with Luthar's Memorandum of Law in support of his motion to dismiss this action ("Memorandum of Law").

3. Attached is a true and accurate copy of the following document, which is referenced in the Memorandum of Law:

a. Exhibit A is a copy of Archer-Daniels-Midland Company's Form 8-K, which was publicly filed with the Securities and Exchange Commission ("SEC") on April 22, 2024.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 23, 2024                    /s/ Rachel T. Copenhaver
                                           Rachel T. Copenhaver