# EXHIBIT B

ROBBINS GELLER RUDMAN
  & DOWD LLP
RYAN A. LLORENS (225196)
ERIKA L. OLIVER (306614)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
eoliver@rgrdlaw.com

LEVI & KORSINSKY, LLP
DAVID C. JAYNES
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: 213/985-7290
213/363-7171 (fax)
djaynes@zlk.com

Lead Counsel for Lead Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RYAN, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) FIGS, INC., et al., ) ) Defendants. ) ) | Case No. 2:22-cv-07939-ODW(AGRx) (Consolidated) CLASS ACTION JOINT STIPULATION REGARDING SUPPLEMENTAL PLEADING **[PROPOSED ORDER FILED CONCURRENTLY]** Courtroom: 10D Judge: Hon. Otis D. Wright. II |

4866-0072-6256.v1

Lead Plaintiffs Dr. Ronald Hoch ("Dr. Hoch"), City of Pensacola Police Officers' Retirement Plan, City of Warren Police and Fire Retirement System, Kissimmee Utility Authority Employees' Retirement Plan, and Pompano Beach Police & Firefighters' Retirement System (the "Public Pension Plans," and, collectively with Dr. Hoch, "Lead Plaintiffs"), defendants FIGS, Inc. ("FIGS"), Heather Hasson, Catherine Spear, Jeffrey D. Lawrence, Daniella Turenshine, J. Martin Willhite, Sheila Antrum, and Michael Sonenen (collectively, the "FIGS Defendants"), defendants Tulco, LLC and Thomas J. Tull (collectively, the "Tulco Defendants"), and defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, BofA Securities, Inc., Cowen and Company, LLC, Guggenheim Securities, LLC, KeyBanc Capital Markets Inc., Piper Sandler & Co., Oppenheimer & Co. Inc., Telsey Advisory Group LLC, Academy Securities, Inc., R. Seelaus & Co., LLC, Samuel A. Ramirez & Company, Inc., and Siebert Williams Shank & Co., LLC (collectively the "Underwriter Defendants" and together with the FIGS Defendants and the Tulco Defendants, "Defendants") (Defendants together with Lead Plaintiffs, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on April 10, 2023, Lead Plaintiffs filed their Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("CAC") alleging violations of §§10(b), 20(a), and 20A of the Securities Exchange Act of 1934 (the "Exchange Act") and §§11, 12(a), and 15 of the Securities Act of 1933 (the "Securities Act") (ECF 88);

WHEREAS, on May 25, 2023, Defendants filed three separate motions to dismiss, seeking dismissal of the CAC in its entirety (ECF 98, 100, 103);

WHEREAS, on January 5, 2024, Lloyd Kimmen filed an action against directors and officers of FIGS in the Delaware Court of Chancery, bearing Case No. 2024-0014-NAC, by way of a Verified Stockholder Derivative Complaint filed under

- 1 -

4866-0072-6256.v1

seal containing information from documents obtained from FIGS pursuant to 8 Del. C. §220 (the "Kimmen Action");

WHEREAS, on January 10, 2024, Lloyd Kimmen filed a public version of the Verified Stockholder Derivative Complaint in the Kimmen Action (the "Kimmen Complaint") containing redactions;

WHEREAS, on January 10, 2024, Cameron Carter filed an action against directors and officers of FIGS in the Delaware Court of Chancery, bearing Case No. 2024-0022-NAC, by way of a Verified Stockholder Derivative Complaint filed under seal containing information from documents obtained from FIGS pursuant to 8 Del. C. §220 (the "Carter Action");

WHEREAS, on January 12, 2024, Cameron Carter filed a public version of the Verified Stockholder Derivative Complaint in the Carter Action (the "Carter Complaint") containing redactions;

WHEREAS, on January 17, 2024, the Court issued its Order Granting Defendants' Motions to Dismiss the Consolidated Class Action Complaint with Leave to Amend (ECF 113), which, *inter alia*, dismissed the CAC and granted Lead Plaintiffs leave to amend;

WHEREAS, on January 19, 2024, Dr. Hoch, pursuant to Delaware Court of Chancery Rule 5.1(f), filed a Notice of Challenge to Confidential Treatment in both the Kimmen Action and the Carter Action seeking that the complaints in such actions be publicly filed without redaction;

WHEREAS, on February 2, 2024, defendants in the Kimmen Action and Carter Action filed revised versions of the complaints removing certain redactions and motions seeking continued confidential treatment of redacted information in four paragraphs (the "Motions for Continued Confidential Treatment");

WHEREAS, on March 19, 2024, Lead Plaintiffs filed the First Amended Class Action Complaint for Violations of the Federal Securities Laws ("FAC") alleging

- 2 -

violations of §§11, 12(a), and 15 of the Securities Act, and §§10(b) and 20(a) of the Exchange Act (ECF 117);

WHEREAS, on May 3, 2024, Defendants filed three separate motions to dismiss, seeking dismissal of the FAC in its entirety (ECF 118, 120, 123) (the "Pending Motions to Dismiss"), which are pending under advisement;

WHEREAS, on October 2, 2024, the Delaware Court of Chancery entered an order denying the Motions for Continued Confidential Treatment;

WHEREAS, Lead Plaintiffs have obtained unredacted copies of the Kimmen Complaint and Carter Complaint;

WHEREAS, Lead Plaintiffs seek to supplement the FAC with the newly unredacted information alleged in the Kimmen Complaint and Carter Complaint;

WHEREAS, Defendants do not oppose this request so long as: (i) the supplemental allegations are limited to the newly unredacted information alleged in the Kimmen Complaint and Carter Complaint; (ii) the Pending Motions to Dismiss remain submitted for decision; and (iii) the Parties are permitted limited briefing to address the supplemental allegations;

WHEREAS, to promote efficient prosecution of this action and conserve judicial resources, the Parties have met and conferred, and agreed on the contents of this joint stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and between the undersigned counsel for the Parties, as follows:

1. On or before October 25, 2024, Lead Plaintiffs may supplement the FAC with facts from the recently unredacted portions of the Kimmen Complaint and Carter Complaint (the "Supplemental Allegations");

2. On or before November 8, 2024, Defendants may submit supplemental briefing, not to exceed 1,200 total words combined, setting forth their position as to

- 3 -

4866-0072-6256.v1

why the Supplemental Allegations should or should not impact the Pending Motions to Dismiss;

3. On or before November 22, 2024, Plaintiffs may submit supplemental briefing, not to exceed 1,200 total words setting forth their position as to why the Supplemental Allegations should or should not impact the Pending Motions to Dismiss;

4. On or before December 6, 2024, Defendants may submit replies, not to exceed 800 total words combined, responding to Plaintiffs' arguments;

5. The Court will consider the Supplemental Allegations and supplemental briefing in ruling on the Pending Motions to Dismiss.

DATED: October 18, 2024

ROBBINS GELLER RUDMAN & DOWD LLP
RYAN A. LLORENS
ERIKA L. OLIVER

s/ Ryan A. Llorens
RYAN A. LLORENS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ryanl@rgrdlaw.com
eoliver@rgrdlaw.com

Lead Counsel for Lead Plaintiff Public Pension Plans and the Class

SUGARMAN SUSSKIND BRASWELL & HERRERA, P.A.
ROBERT A. SUGARMAN
PEDRO A. HERRERA
150 Alhambra Circle, Suite 725
Coral Gables, FL 33134
Telephone: 305/529-2801
305/447-8115 (fax)
sugarman@sugarmansusskind.com
herrera@sugarmansusskind.com

- 4 -

4866-0072-6256.v1

CHRISTIANSEN & DEHNER, P.A.
SCOTT R. CHRISTIANSEN
63 Sarasota Center Blvd., Suite 107
Sarasota, FL 34240
Telephone: 941/377-2200
941/377-4848 (fax)

VANOVERBEKE, MICHAUD
 & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD (P42641)
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiff

DATED: October 18, 2024

LEVI & KORSINSKY, LLP
GREGORY M. POTREPKA

s/ Gregory M. Potreka *w/permission*
GREGORY M. POTREPKA

1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: 203/992-4523
gpotrepka@zlk.com

Lead Counsel for Lead Plaintiff Dr. Hoch
and the Class

DATED: October 18, 2024

COOLEY LLP
KOJI F. FUKUMURA

s/ Koji F. Fukumura *w/permission*
KOJI F. FUKUMURA

10265 Science Center Drive
San Diego, CA 92121
Telephone: 858/550-6000
858/550-6462 (fax)
kfukumura@cooley.com

Counsel for FIGS Defendants

- 5 -

4866-0072-6256.v1

DATED: October 18, 2024

SKADDEN ARPS SLATE MEAGHER
 AND FLOM LLP
PETER B MORRISON

_s/ Peter B. Morrison *w/permission*_
PETER B. MORRISON

300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Telephone:  213/687-5000
213/687-5600 (fax)
peter.morrison@skadden.com

Counsel for Tulco Defendants

DATED: October 18, 2024

MORGAN LEWIS AND BOCKIUS LLP
CHARLENE S. SHIMADA

_s/ Charlene S. Shimada *w/permission*_
CHARLENE S. SHIMADA

One Market, Spear Street Tower, 28th
Floor
San Francisco, CA  94105-1596
Telephone:  415/442-1475
415/442-1001 (fax)
charlene.shimada@morganlewis.com

Counsel for Underwriter Defendants

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Ryan A. Llorens, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

_s/ Ryan A. Llorens_
RYAN A. LLORENS

- 6 -

4866-0072-6256.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 18, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Ryan A. Llorens
RYAN A. LLORENS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: ryanl@rgrdlaw.com

4866-0072-6256.v1

Case 2:22-cv-07939-ODW-AGR Document 102-2 Filed 01/31/25 Page 10 of 13 Page ID #:3927

# Mailing Information for a Case 2:22-cv-07939-ODW-AGR Sean Ryan v. FIGS, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Lonnie A Browne**
  lbrowne@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Gregory E Del Gaizo**
  GdelGaizo@robbinsllp.com,notice@robbinsllp.com

- **Koji F Fukumura**
  kfukumura@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Shannon L. Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Winston P. Hsiao**
  winston.hsiao@skadden.com,winston-hsiao-4124@ecf.pacerpro.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,efile@scott-scott.com

- **David C Jaynes**
  djaynes@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com,RyanL@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,peter-morrison-7708@ecf.pacerpro.com,DLMLCLAC@skadden.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Robert Henderson O'Leary**
  bob.oleary@morganlewis.com

- **Erika Limpin Oliver**
  eoliver@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kperez@pomlaw.com,ahood@pomlaw.com,tsayre@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com,

- **Kevin M Papay**
  kevin.papay@morganlewis.com

- **Gregory M. Potrepka**
  gpotrepka@zlk.com,ecf@zlk.com,shopkins@zlk.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Brian J Robbins**
  brobbins@robbinsllp.com,notice@robbinsllp.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com,denise.floresmontes@morganlewis.com,bernice.worley@morganlewis.com

- **Craig Wallace Smith**
  csmith@robbinsllp.com,notice@robbinsllp.com

- **Heather Marie Speers**
  hspeers@cooley.com,efilingnotice@cooley.com,daland@cooley.com,rnelson@cooley.com,efiling-notice@ecf.pacerpro.com

- **Jonathan D. Uslaner**
  jonathanu@blbglaw.com,juslaner@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

10/17/24, 2:46 PM Case 2:24-cv-09936-DDP-AGR Document #102-2 Filed 1661/FN/25 1P/10/24 of 13 Page 10 of 13 Page ID #:3928

**Michael** **C. Tu**
Cooley LLP
355 South Grand Avenue,  Suite 900
Los Angeles, CA 90071-1560

10/17/24, 2:46 PM Case 2:24-cv-09936-DDP-AGR Document #102-2 Filed 1661/FN/25 1P/10/24 of 13 Page 10 of 13 Page ID #:3928

**Michael** **C. Tu**
Cooley LLP
355 South Grand Avenue,  Suite 900
Los Angeles, CA 90071-1560

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SEAN RYAN, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

FIGS, INC., et al.,

Defendants.

Case No. 2:22-cv-07939-ODW(AGRx)
(Consolidated)

CLASS ACTION

[PROPOSED] ORDER GRANTING
THE PARTIES' JOINT
STIPULATION REGARDING
SUPPLEMENTAL PLEADING

Upon the Joint Stipulation Regarding Supplemental Pleading (the "Stipulation") submitted by the Parties, and good cause being shown, the Court hereby ORDERS as follows:

1. Lead Plaintiffs shall file their Supplemental Allegations to the First Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 117) on or by October 25, 2024;

2. Defendants may file their supplemental briefing setting forth their position as to why the Supplemental Allegations should or should not impact the Pending Motions to Dismiss (ECF 118, 120, 123) on or by November 8, 2024, and are permitted a total of 1,200 words combined for their supplemental briefing, which may be allocated among their supplemental briefing in any amount so long as the total number of words for the supplemental briefing does not exceed 1,200 words;

3. Lead Plaintiffs may file their supplemental briefing setting forth their position as to why the Supplemental Allegations should or should not impact the Pending Motions to Dismiss on or by November 22, 2024, and are permitted a total of 1,200 words on a combined basis for their supplemental briefing, which may be allocated to separate supplemental briefs or a single omnibus brief, so long as the total number of words for the supplemental briefing does not exceed 1,200 words;

4. Defendants may file replies on or by December 6, 2024, and are permitted a total of 800 words combined for their replies, which may be allocated among their replies in any amount so long as the total number of words for Defendants' replies does not exceed 800 words; and

5. The Court will consider the Supplemental Allegations and supplemental briefing in ruling on the Pending Motions to Dismiss.

IT IS SO ORDERED.

DATED:

THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

- 1 -

4859-7131-8768.v1