# EXHIBIT C

## Dougherty, Charlotte

| | |
|---|---|
| **From:** | Lape, Marcie <Marcie.Lape@skadden.com> |
| **Sent:** | Thursday, March 27, 2025 10:31 PM |
| **To:** | 'Christopher Stewart'; Oliver, Meghan |
| **Cc:** | Loper, Charlotte; Cobourn, Daniel; Musoff, Scott D; JLopez@perkinscoie.com; KPokorny@perkinscoie.com; prao@perkinscoie.com; rcopenhaver@vedderprice.com; jzubairi@vedderprice.com; Ismail, Nusra; Elkan Abramowitz; Klemme, Joseph; Jacobs, Brian; Jim Barz; Jen Caringal; Frank Richter; Arnold, Andrew P.; Bernescu, Laura; O'Connor, Brian |
| **Subject:** | RE: Chow v. Archer-Daniels-Midland Company et al. - Draft Joint Report and Proposed Discovery Schedule |
| **Attachments:** | Defendants' Proposals to Schedule 3.27.25.DOCX |

CAUTION:EXTERNAL

Please see Defendants' edits attached.  In terms of your questions regarding the scope of government productions, here are some preliminary responses:

Scope of Productions
- The SEC Production is 291,121 documents / 1,624,984 pages
- The DOJ production is 291,301 documents / 1,625,362 pages
- The productions to both regulators are full flips in both directions.  The difference in document and page counts reflects duplicates of documents produced to SDNY early in the matter, not substantively unique materials.

Custodians
- 95 individual custodians fall in the custodian fields.

Software used by Company
- The Company used Microsoft Office.  For messaging, the Company used Skype until transitioning to Teams in 2019, with the bulk of the transition occurring in 2020 – 2021.

Device Collection
- Yes; phones and devices were collected from 47 custodians.

Preservation Issues
- There are no significant preservation issues.

Status of Productions
- The production of documents is nearly complete. Only a few small requests remain.

Thanks, Marcie


**Marcie Lape**
T: +1.312.407.0954 | M: +1.614.404.3107
marcie.lape@skadden.com

1