# EXHIBIT E

## Dougherty, Charlotte

| | |
|---|---|
| **From:** | Oliver, Meghan |
| **Sent:** | Wednesday, April 23, 2025 4:43 PM |
| **To:** | Lape, Marcie; Loper, Charlotte; Jim Barz; Christopher Stewart; Jen Caringal; Frank Richter; Michael Stramaglia; Narwold, Bill; Moriarty, Christopher; Levin, Gregg; 'dmyers@rgrdlaw.com' |
| **Cc:** | Musoff, Scott D; Bernescu, Laura; O'Connor, Brian; Copenhaver, Rachel T.; 'Ismail, Nusra'; 'Brian Jacobs'; 'Joseph Klemme'; 'Katherine Pokorny' |
| **Subject:** | RE: Chow v. ADM et al. - ADM's and Luciano's Responses and Objections to Plaintiffs' First Set of RFPs |

Marcie, just following up on this. Please let us know if you're available next Tuesday afternoon (4/29) or Wednesday (4/30). Given ADM's objections, it would likely facilitate discussions if you would provide the SEC's document requests to us in advance of the meet-and-confer. We have no problem with you designating them confidential pending the entry of the confidentiality order.

Meghan



**Meghan Oliver** (she / her)
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9492
moliver@motleyrice.com

**From:** Oliver, Meghan
**Sent:** Tuesday, April 22, 2025 4:06 PM
**To:** Lape, Marcie <Marcie.Lape@skadden.com>; Loper, Charlotte <cloper@motleyrice.com>; Jim Barz <jbarz@rgrdlaw.com>; Christopher Stewart <cstewart@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Frank Richter <frichter@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>; Narwold, Bill <bnarwold@motleyrice.com>; Moriarty, Christopher <cmoriarty@motleyrice.com>; Levin, Gregg <glevin@motleyrice.com>; 'dmyers@rgrdlaw.com' <dmyers@rgrdlaw.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Bernescu, Laura <Laura.Bernescu@skadden.com>; O'Connor, Brian <Brian.OConnor@skadden.com>; Copenhaver, Rachel T. <rcopenhaver@vedderprice.com>; 'Ismail, Nusra' <nismail@vedderprice.com>; 'Brian Jacobs' <bjacobs@maglaw.com>; 'Joseph Klemme' <JKlemme@maglaw.com>; 'Katherine Pokorny' <KPokorny@perkinscoie.com>
**Subject:** RE: Chow v. ADM et al. - ADM's and Luciano's Responses and Objections to Plaintiffs' First Set of RFPs

Marcie, are you free next Tuesday afternoon (4/29) or Wednesday (4/30) for a meet and confer to discuss ADM's responses and objections?

Meghan

**From:** Lape, Marcie <Marcie.Lape@skadden.com>
**Sent:** Monday, April 21, 2025 6:48 PM
**To:** Loper, Charlotte <cloper@motleyrice.com>; Oliver, Meghan <moliver@motleyrice.com>; Jim Barz <jbarz@rgrdlaw.com>; Christopher Stewart <cstewart@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Frank

Richter <frichter@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>; Narwold, Bill <bnarwold@motleyrice.com>; Moriarty, Christopher <cmoriarty@motleyrice.com>; Levin, Gregg <glevin@motleyrice.com>; 'dmyers@rgrdlaw.com' <dmyers@rgrdlaw.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Bernescu, Laura <Laura.Bernescu@skadden.com>; O'Connor, Brian <Brian.OConnor@skadden.com>; Copenhaver, Rachel T. <rcopenhaver@vedderprice.com>; 'Ismail, Nusra' <nismail@vedderprice.com>; 'Brian Jacobs' <bjacobs@maglaw.com>; 'Joseph Klemme' <JKlemme@maglaw.com>; 'Katherine Pokorny' <KPokorny@perkinscoie.com>
**Subject:** Chow v. ADM et al. - ADM's and Luciano's Responses and Objections to Plaintiffs' First Set of RFPs

---

CAUTION:EXTERNAL

Counsel:

Please see attached Defendants ADM's and Juan Luciano's objections and responses to Plaintiffs' First Set of RFPs.

Thanks, Marcie

**Marcie Lape**
**T: +1.312.407.0954 | M: +1.614.404.3107**
**marcie.lape@skadden.com**

------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

======================================================================