

# EXHIBIT I
## FULLY REDACTED