# EXHIBIT J
## FULLY REDACTED