# EXHIBIT K

**FULLY REDACTED**