

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                    **312-435-5670**
**Clerk**


Date:                                                          Case Number:

Case Title:                                                    Judge:


### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

Document entered in error.

Document withdrawn or removed per court order [        ] of Judge

Incorrect Document linked.

Other:

Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/
    Deputy Clerk


Rev. 11/29/2016