**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RAYMOND CHOW, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ARCHER-DANIELS-MIDLAND COMPANY; JUAN LUCIANO; VIKRAM LUTHAR; RAY YOUNG; and VINCENT MACCIOCCHI,

Defendants.

No. 24 C 634

Judge Thomas M. Durkin

Magistrate Judge Keri L. Holleb Hotaling

**DECLARATION OF TYLER C. MURRAY IN SUPPORT OF
DEFENDANT ADM'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS PRODUCED TO SEC AND DOJ**

I, Tyler C. Murray, state as follows:

1.      I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, and counsel of record on behalf of Defendant Archer-Daniels-Midland Company ("ADM").

2.      I submit this declaration in support of ADM's Opposition to Plaintiffs' Motion to Compel the Production of Documents Produced to the U.S. Securities and Exchange Commission ("SEC") and the U.S. Department of Justice ("DOJ").

3.      Attached as Exhibit 1 is a true and correct copy of excerpts of ADM's Form 10-K for the fiscal year ended December 31, 2023, which was filed with the SEC on March 12, 2024.

4.      Attached as Exhibit 2 is a true and correct copy of excerpts of ADM's Form 10-K for the fiscal year ended December 31, 2024, which was filed with the SEC on February 20, 2025.

5.      Attached as Exhibit 3 is a true and correct copy of a letter from M. Oliver to J. Bernstein, dated May 23, 2025.

6. Attached as <u>Exhibit 4</u> is a true and correct copy of Plaintiffs' Second Set of Requests for Production of Documents, dated May 19, 2025.

7. Attached as <u>Exhibit 5</u> is a true and correct copy of Plaintiffs' Third Set of Requests for Production of Documents, dated June 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2025

*/s/ Tyler C. Murray*

Tyler C. Murray
**QUINN EMANUEL URQUHART
& SULLIVAN LLP**
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7418
tylermurray@quinnemanuel.com

*Counsel for Defendant Archer-Daniels-Midland Company*

2