# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RAYMOND CHOW, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>ARCHER-DANIELS-MIDLAND COMPANY, et al.,<br><br>              Defendants. | Case No. 1:24-cv-00634<br>Judge Thomas M. Durkin<br><br>CLASS ACTION<br><br><br>**JURY TRIAL DEMANDED** |

**LEAD PLAINTIFFS' SECOND SET OF**
**REQUESTS FOR PRODUCTION OF DOCUMENTS TO ARCHER-DANIELS-**
**MIDLAND COMPANY**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and the Local Rules of the United States District Court for the Northern District of Illinois, and subject to the definitions set forth below, Lead Plaintiffs KBC Asset Management NV, Ethenea Independent Investors S.A., and the National Elevator Industry Pension Fund request that Defendant Archer-Daniels-Midland Company ("ADM") produce for inspection and copying within thirty (30) days of the date of service, the following documents within Your actual or constructive possession, custody, or control, to the offices of Robbins Geller Rudman & Dowd LLP, 55 South Main Street, Suite 390, Naperville, Illinois 60540, or at such other time and place as the parties mutually agree.

1

## I. DEFINITIONS

1. "ADM" means defendant Archer-Daniels-Midland Company, together with each subsidiary, joint venture or associate, division, officer, director, employee, agent, attorney or representative, any person or entity that acted or purported to act on behalf of any of the foregoing, and all other entities, directly or indirectly, owned, operated, or controlled by ADM.

2. "Ag Services and Oilseeds" means ADM's reportable business segment referenced on page 6 of ADM's February 20, 2025 Form 10-K for the fiscal year ended December 31, 2024. For the avoidance of doubt, a reference to Ag Services and Oilseeds also encompasses Agricultural Services and Oilseeds Processing which were separate operating segments until July 2019.

3. "Carbohydrate Solutions" means ADM's reportable business segment referenced on page 7 of ADM's February 20, 2025 Form 10-K for the fiscal year ended December 31, 2024. For the avoidance of doubt, a reference to Carbohydrate Solutions also encompasses the reporting segment formerly known as "Corn Processing."

4. "Communication(s)" refers to every manner or means of transmittal or exchange of information (in the form of facts, ideas, inquiries or otherwise), whether transmitted or exchanged orally, electronically, or by any other means, be they analog, electronic, or otherwise, including but not limited to by: document, in-person delivery, telephone, telecopier, speech, letter, mail, correspondence, memorandum, fax, or email; text message, social media message, instant message, or other electronic message (including, but not limited to via EMS, MMS, iMessage, WhatsApp, WeChat, Facebook, Instagram, Snapchat, Twitter, Slack, Teams, Skype, and G-chat); shared applications for cellular phones; phone, text, or chat logs; and recordings, photographic files of all types, or any other media of any kind. "Communication(s)" is included within the scope of the term Documents (as that term is defined below).

5.     "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A), and includes, without limitation, drafts or non-identical copies, ESI, and Communications.

6.     "Electronically stored information" or "ESI" refers to any original and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind), mechanical, facsimile, electronic, magnetic, digital or other programs (whether private, commercial, or work-in-progress), programming notes or instructions, activity listings of electronic mail receipts or transmittals, output resulting from the use of any software program, including any word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail or "email," operating systems, source code of all types, programming languages, linkers and compilers, peripheral drives, PDF files, PRF files, batch files, ASCII files, crosswalks, code keys, pull down tables, logs, file layouts or any miscellaneous files or file fragments, regardless of the media on which they reside and regardless of whether said electronic data consists of an active file, backup file, deleted file, or file fragment. "ESI" also includes, without limitation, any items stored on computer memory or memories, hard drives, zip drives, CD-ROM discs or in any other vehicle for electronic or digital data storage or transmittal, files, folder tabs or containers and labels appended to or associated with any physical storage device associated with each original and each copy.

7.     "Identified ADM Employees" means the current and former employees identified by any party pursuant to Rule 26(a)(1), including the current and former employees identified in ADM's Rule 26(a)(1) Disclosures dated April 30, 2025.

8.     "Nutrition" means ADM's reportable business segment referenced on page 7 of ADM's February 20, 2025 Form 10-K for the fiscal year ended December 31, 2024.

9.    "Reporting Segments" means Nutrition, Ag Services and Oilseeds, and Carbohydrate Solutions.

## II.    DOCUMENT REQUEST

## REQUEST FOR PRODUCTION NO. 3:

From 2018-present, all directories, organizational charts, and/or other Documents sufficient to identify (i) ADM's and its Reporting Segments' management structure or hierarchy, including reporting lines, officers, management, and employees; and (ii) ADM's corporate structure (e.g. operating units, subsidiaries and divisions, subdivisions, and the relationship between them).  This Request includes, but is not limited to, directories, organizational charts and/or other Documents that identify by name, title, and reporting lines all members of ADM's and its Reporting Segments' executive management team(s), senior leadership team(s), accounting team(s), finance team(s), financial reporting and accounting team(s), and persons that reported to the Identified ADM Employees.

DATED: May 19, 2025                  **MOTLEY RICE LLC**

*/s/ Meghan S. B. Oliver*
MEGHAN S. B. OLIVER

Meghan S. B. Oliver
Gregg S. Levin
Christopher F. Moriarty
Charlotte E. Loper
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone: 843-216-9000
moliver@motleyrice.com
glevin@motleyrice.com
cmoriarty@motleyrice.com
cloper@motleyrice.com

4

**MOTLEY RICE LLC**
William H. Narwold
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1676
bnarwold@motleyrice.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
James E. Barz (IL Bar #6255605)
Frank A. Richter (IL Bar #6310011)
Michael J. Stramaglia (IL Bar #6336821)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630-696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
mstramaglia@rgrdlaw.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
Christopher D. Stewart
Jennifer N. Caringal
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
cstewart@rgrdlaw.com
jcaringal@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

**O'DONOGHUE & O'DONOGHUE LLP**
John M. McIntire
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: 202-362-0041
jmcintire@odonoghuelaw.com

*Additional Counsel for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025 a true and correct copy of the foregoing document was served via electronic mail on counsel of record for Defendants Archer-Daniels-Midland Company, Juan Luciano, Vikram Luthar, Ray Young, and Vincent Macciocchi.

*/s/ Charlotte E. Loper*
Charlotte E. Loper