# Exhibit W

## Gilliam, Cameran

| | |
|---|---|
| **From:** | Frank Richter <FRichter@rgrdlaw.com> |
| **Sent:** | Friday, June 20, 2025 4:32 PM |
| **To:** | 'Tyler Murray'; Gilliam, Cameran; Heather Christenson; Jesse Bernstein; Michael Carlinsky; Leigha Empson; Alex Rossmiller |
| **Cc:** | Gary Feinerman; Eric Swibel; Tyler Good-Cohn; Joseph Klemme; Brian Jacobs; Elkan Abramowitz; Katherine Pokorny; Jose A. Lopez; Kathryn Campbell; Pravin Rao; Rachel T. Copenhaver; Ismail Nusra; Thomas Cimino; Junaid A. Zubairi; Dougherty, Charlotte; Arnold, Andrew P.; Traykova Hines, Neli; Jim Barz; cstewart; jcaringal; Michael Stramaglia |
| **Subject:** | RE: Letter regarding Government Productions |

CAUTION:EXTERNAL

Tyler/Jesse/Heather –

In your most recent (June 9) letter, you said you were making a "rolling production" of documents, but we received only one production nearly a month ago. You also provided initial search terms "to identify documents within the productions to the government that are relevant to intersegment transactions," resulting in hits on 42,935 documents, with families. While we filed a motion to compel because we believe all documents given to the government should be produced here, there is no reason to delay production of documents ADM deems relevant and discoverable, which should have been produced by May 23, 2025. *See Tyler v. City of San Diego*, 2015 WL 1955049, at *2 (S.D. Cal. Apr. 29, 2015) (finding responding party should have "use[d] search terms and protocols it deemed reasonable to produce responsive [ESI]" by "the production date" and noting a failure to align on search terms "does not relieve [a responding party] of its obligation to respond to discovery requests" (quotation omitted)). If the Court grants our motion, then the remaining documents can be produced, and, if not, we can negotiate search terms and relevance based on the ruling. Please advise when you will be producing the documents you have identified as discoverable and said you would produce.

Thanks,
Frank

**From:** Tyler Murray <tylermurray@quinnemanuel.com>
**Sent:** Thursday, June 12, 2025 5:55 PM
**To:** Gilliam, Cameran <cgilliam@motleyrice.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>
**Cc:** Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny <KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>; Dougherty, Charlotte <cdougherty@motleyrice.com>; Andrew Arnold <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Jim Barz <JBarz@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Frank Richter <FRichter@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Michael Stramaglia <MStramaglia@rgrdlaw.com>
**Subject:** RE: Letter regarding Government Productions

EXTERNAL SENDER
Counsel –

ADM designates as confidential the attached highlighted portions of the Letter from J. Bernstein to M. Oliver dated May 16, 2025 and the Letter from J. Bernstein to M. Oliver dated June 9, 2025. ADM's position is that the documents produced at ADM-Class00003444-45, ADM-Class00000761-62, and ADM-Class00003477-78 should be designated as confidential in their entirety.

The confidential material identified in this correspondence (if filed) should be filed under seal.

Tyler

**Tyler C. Murray**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
312.705.7418 Direct
312.705.7400 Main
773.505.8746 Mobile
tylermurray@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Gilliam, Cameran <cgilliam@motleyrice.com>
**Sent:** Wednesday, June 11, 2025 5:34 PM
**To:** Heather Christenson <heatherchristenson@quinnemanuel.com>; Tyler Murray <tylermurray@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>
**Cc:** Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny <KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>; Dougherty, Charlotte <cdougherty@motleyrice.com>; Arnold, Andrew P. <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Jim Barz <jbarz@rgrdlaw.com>; cstewart <cstewart@rgrdlaw.com>; frichter <frichter@rgrdlaw.com>; jcaringal <jcaringal@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>
**Subject:** RE: Letter regarding Government Productions

**[EXTERNAL EMAIL from cgilliam@motleyrice.com]**

Counsel,

We are planning to file a motion to compel which includes the following documents as exhibits, all of which ADM has designated as confidential: (1) Letter from J. Bernstein to M. Oliver dated May 16, 2025; (2) Letter from J. Bernstein to M. Oliver dated June 9, 2025; (3) ADM-Class00003444-45; (4) ADM-Class00000761-62; and (5) ADM-Class00003477-78. Please let us know by the **end of the day tomorrow** if ADM's position remains that these documents are confidential. If so, please specify which

2

documents or portions thereof.  Consistent with Judge Holleb Hotaling's standing order, we will file those documents or portions thereof under seal.  For the avoidance of doubt, Plaintiffs do not take any position regarding the propriety of ADM's confidentiality designations and reserve all rights to challenge such designations in the future.

Best,
Cameran



**Cameran Gilliam**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.834.0836  **f.** 843.216.9450
cgilliam@motleyrice.com

---

**From:** Heather Christenson <heatherchristenson@quinnemanuel.com>
**Sent:** Monday, June 9, 2025 3:47 PM
**To:** Tyler Murray <tylermurray@quinnemanuel.com>; Gilliam, Cameran <cgilliam@motleyrice.com>; Oliver, Meghan <moliver@motleyrice.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny <KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>
**Cc:** Dougherty, Charlotte <cdougherty@motleyrice.com>; Arnold, Andrew P. <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Brown, Dominique <dbrown@motleyrice.com>; Jim Barz <JBarz@rgrdlaw.com>; cstewart <cstewart@rgrdlaw.com>; frichter <frichter@rgrdlaw.com>; jcaringal <jcaringal@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>
**Subject:** RE: Letter regarding Government Productions

CAUTION:EXTERNAL

Counsel,

Please see attached correspondence, which has been designated as confidential in accordance with the Agreed Confidentiality and Rule 502(d) Order.  ECF Nos. 129, 130.

---

**From:** Tyler Murray <tylermurray@quinnemanuel.com>
**Sent:** Monday, June 9, 2025 11:35 AM
**To:** Gilliam, Cameran <cgilliam@motleyrice.com>; Oliver, Meghan <moliver@motleyrice.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny

3

<KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>
**Cc:** Dougherty, Charlotte <cdougherty@motleyrice.com>; Arnold, Andrew P. <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Brown, Dominique <dbrown@motleyrice.com>; Jim Barz <JBarz@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Frank Richter <FRichter@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>
**Subject:** RE: Letter regarding Government Productions


Hi Cameran –

I was overly optimistic last week but you'll receive our letter today.  Thanks.


Tyler


**Tyler C. Murray**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
312.705.7418 Direct
312.705.7400 Main
773.505.8746 Mobile
tylermurray@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Gilliam, Cameran <cgilliam@motleyrice.com>
**Sent:** Monday, June 9, 2025 9:59 AM
**To:** Tyler Murray <tylermurray@quinnemanuel.com>; Oliver, Meghan <moliver@motleyrice.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny <KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>
**Cc:** Dougherty, Charlotte <cdougherty@motleyrice.com>; Arnold, Andrew P. <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Brown, Dominique <dbrown@motleyrice.com>; Jim Barz <JBarz@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Frank Richter <FRichter@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>
**Subject:** RE: Letter regarding Government Productions


**[EXTERNAL EMAIL from cgilliam@motleyrice.com]**


Hi Tyler,

Just following up on this.  When can we expect your letter?

Thanks,
Cameran



**Cameran Gilliam**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.834.0836  **f.** 843.216.9450
cgilliam@motleyrice.com

---

**From:** Tyler Murray <tylermurray@quinnemanuel.com>
**Sent:** Wednesday, June 4, 2025 7:32 PM
**To:** Oliver, Meghan <moliver@motleyrice.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny <KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>
**Cc:** Dougherty, Charlotte <cdougherty@motleyrice.com>; Arnold, Andrew P. <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Brown, Dominique <dbrown@motleyrice.com>; Jim Barz <JBarz@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Frank Richter <FRichter@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>; Gilliam, Cameran <cgilliam@motleyrice.com>
**Subject:** RE: Letter regarding Government Productions

CAUTION:EXTERNAL

Meghan –

We anticipate responding to your letter by the end of the week.  Thanks.

Tyler

**Tyler C. Murray**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
312.705.7418 Direct
312.705.7400 Main
773.505.8746 Mobile
tylermurray@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Oliver, Meghan <moliver@motleyrice.com>
**Sent:** Wednesday, June 4, 2025 1:01 PM
**To:** Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Tyler Murray <tylermurray@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny <KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>
**Cc:** Dougherty, Charlotte <cdougherty@motleyrice.com>; Arnold, Andrew P. <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Brown, Dominique <dbrown@motleyrice.com>; Jim Barz <JBarz@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Frank Richter <FRichter@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>; Gilliam, Cameran <cgilliam@motleyrice.com>
**Subject:** RE: Letter regarding Government Productions

**[EXTERNAL EMAIL from moliver@motleyrice.com]**

All,

I believe Tyler indicated on our last call that ADM would be responding to this letter. When can we expect to receive a response?

Thanks,
Meghan



**Meghan Oliver** (she / her)
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9492
moliver@motleyrice.com

**From:** Oliver, Meghan
**Sent:** Friday, May 23, 2025 12:00 PM
**To:** Jesse Bernstein <jessebernstein@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Tyler Murray <tylermurray@quinnemanuel.com>; Heather Christenson <heatherchristenson@quinnemanuel.com>; Leigha Empson <leighaempson@quinnemanuel.com>; Alex Rossmiller <alexrossmiller@quinnemanuel.com>; Gary Feinerman <gary.feinerman@lw.com>; Eric Swibel <eric.swibel@lw.com>; Tyler Good-Cohn <tgoodcohn@maglaw.com>; Joseph Klemme <JKlemme@maglaw.com>; Brian Jacobs <bjacobs@maglaw.com>; Elkan Abramowitz <eabramowitz@maglaw.com>; Katherine Pokorny <KPokorny@perkinscoie.com>; Jose A. Lopez <JLopez@perkinscoie.com>; Kathryn Campbell <KathrynCampbell@perkinscoie.com>; Pravin Rao <prao@perkinscoie.com>; Rachel T. Copenhaver <rcopenhaver@vedderprice.com>; Ismail Nusra <nismail@vedderprice.com>; Thomas Cimino <tcimino@vedderprice.com>; Junaid A. Zubairi <jzubairi@vedderprice.com>

**Cc:** Charlotte Dougherty <cdougherty@motleyrice.com>; Arnold, Andrew P. <aarnold@motleyrice.com>; Traykova Hines, Neli <nhines@motleyrice.com>; Brown, Dominique <dbrown@motleyrice.com>; Jim Barz <JBarz@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Frank Richter <FRichter@rgrdlaw.com>; Jen Caringal <JCaringal@rgrdlaw.com>; Michael Stramaglia <mstramaglia@rgrdlaw.com>; Gilliam, Cameran <cgilliam@motleyrice.com>
**Subject:** Letter regarding Government Productions

Jesse,

Please see attached.

Meghan



**Meghan Oliver** (she / her)
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9492
moliver@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**